IN THE UNITED STATES DISTRICT COUT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 04-cv-0782-REB-PAC

TEACHERS' RETIREMENT SYSTEM OF LOUISIANA, the Retirement System for Teachers employed by the State of Louisiana,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC.
A Delaware corporation, et al.

    Defendants.

---

## STIPULATION OF DISMISSAL

---

The undersigned parties, by and through their respective counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that all claims asserted by Plaintiff Teachers' Retirement System of Louisiana in the above-captioned action against defendants Qwest Communications International Inc., Qwest Capital Funding, Inc., Richard L. Weston, John M. Walker, Douglas K. Hutchins, William L. Eveleth, Joel M. Arnold, Grant P. Graham, Bryan K. Treadway, and Thomas W. Hall are hereby dismissed with prejudice and without costs.

Dated: June 11, 2007

Teachers' Retirement System of Louisiana

By: /s/ I. Walton Bader
I. Walton Bader
BADER & BADER LLP
50 Main Street
Suite 1000  Tenth Floor
PMB 1029
White Plains, New York  10606
Phone: (914) 682-0072
Fax:     (914)682-0072


By: /s/ Charles G. Michaels
Charles G. Michaels, Esq.
4605 South Yosemite Street, #21
Denver, CO  80237-2526
Phone: (303) 837-0800
Fax: (303) 484-4737


Qwest Communications International Inc.

By: /s/ David Boyd
David Boyd
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue N.W.
Suite 800
Washington, DE 20015
Fax:   (202) 237-6131


Qwest Capital Funding, Inc.

By: /s/ David Boyd
David Boyd
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue N.W.
Suite 800
Washington, DE 20015
Fax:   (202) 237-6131

2

Richard L. Weston

By: /s/ Douglas P. Lobel
Douglas P. Lobel
Cooley Godward Kronish LLP
One Freedom Square – Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Phone: (703) 456-8019
Fax:     (703) 456-8100

John M. Walker

By: /s/ Stephen C. Peters
Stephen C. Peters
Lindquist & Vennum P.L.L.P.
600 17th Street
Suite 1800
Denver, CO 80202-5441
Phone: (303) 454-0519
Fax:     (303) 573-1956

Douglas K. Hutchins

By: /s/ Patrick L. Ridley
Patrick L. Ridley
Ridley McGreevy & Weisz, P.C.
1800 15th Street
Suite 101
Denver, CO 80202
Phone: (303) 629-9700
Fax:     (303) 629-9702

William L. Eveleth

By: /s/ Larry A. Mackley
Larry A. Mackey
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-1313
Fax:     (317) 231-7433

Joel M. Arnold

By: /s/ Kevin M. Shea
Kevin M. Shea
Ballard, Spahr, Andrews & Ingersoll, LLP
1225 Seventeenth Street
Suite 2300
Denver, CO 80202-5596
Phone: (303) 299-7337
Fax: (303) 296-3956

Grant P. Graham

By: /s/ M. Gabriel McFarland
M. Gabriel McFarland
Bieging, Shapiro & Burrus, LLP
4582 South Ulster Street Parkway
Suite 1650
Denver, CO 80237
Phone: (720) 488-0220
Fax: (720) 488-7711

Bryan K. Treadway

By: /s/ M. Robert Thornton
M. Robert Thornton
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 572-4778
Fax: (404) 572-5100

4