### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 04-cv-00782-REB-PAC

TEACHERS' RETIREMENT SYSTEM OF LOUISIANA, the Retirement System for Teachers employed by the State of Louisiana,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation having its principal office and place of business in Denver, Colorado,
QWEST CAPITAL FUNDING, INC.[1]
JOEL M. ARNOLD,
WILLIAM L. EVELETH,
GRANT P. GRAHAM,
THOMAS W. HALL,
DOUGLAS K. HUTCHINS,
BRYAN K. TREADWAY,
JOHN M. WALKER,
RICHARD L. WESTON, and
DOES NUMBERS 1 THROUGH 10,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulation of Dismissal** [#106], filed June 12, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

---

[1] Defendant, Qwest Capital Funding, Inc., is not listed as a defendant in the caption of the plaintiff's amended complaint [#24], filed July 26, 2004, but is named as a defendant in the body of the amended complaint.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#106], filed June 12, 2007, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That any pending motion is **DENIED** as moot.

Dated June 12, 2007, at Denver, Colorado.

                                          **BY THE COURT:**

                                          <u>s/ Robert E. Blackburn</u>
                                          **Robert E. Blackburn**
                                          **United States District Judge**